DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. SMITH

No. 52 PC.

Case below: 40 N.C. App. 772.

Application by defendant for further review denied 6 November 1979.

STATE v. WHITEHEAD

No. 30 PC.

Case below: 42 N.C. App. 506.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 November 1979. Motion of plaintiff to dismiss appeal for lack of substantial constitutional question allowed 6 November 1979.

STATE v. WHITLEY

No. 58 PC.

Case below: 42 N.C. App. 731.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 November 1979. Motion of plaintiff to dismiss appeal for lack of substantial constitutional question allowed 6 November 1979.

STATE v. WILLIAMS

No. 54 PC.

No. 23 (Spring Term).

Case below: 42 N.C. App. 662.

Petition by Attorney General for discretionary review under G.S. 7A-31 allowed 6 November 1979.

STONE v. McCLAM

No. 18 PC.

Case below: 42 N.C. App. 393.

Petition by plaintiffs for discretionary review under G.S. 7A-31 denied 6 November 1979.